## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PINNACLE INSURANCE COMPANY, INC., | * |
| Plaintiff | *  MISC. BUSINESS DOCKET |
| | *  No. |
| v. | *  **04 MBD 10144** |
| AMERICAN RE-INSURANCE COMPANY, | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO QUASH SUBPOENAS *DUCES TECUM*

Third party deponent Resolutions LLC hereby moves that this Court, pursuant to Rule 45(c)(3)(A)(ii) and (iii) and to Rule 45(c)(3)(B)(iii) quash a subpoena *duces tecum* served upon it by American Reinsurance Company. [A copy of the subpoena is attached hereto as Exhibit A.]

As set forth more fully in the accompanying Memorandum of Law and the attached Affidavit of Carmin C. Reiss, the subpoenas *duces tecum* should be quashed because it seeks a mediator's notes and case file. Such information is confidential and absolutely barred from discovery by the clear prohibition of G.L. c. 233, § 23(c). Wherefore, Resolutions LLC moves that this Court grant this Motion and quash the subpoena *duces tecum* in accordance with Rule 45(c)(3)(A)(ii), because the subpoena seeks the disclosure of privileged and other protected material.

AMM/27296/31/554638v1
05/13/04-BOS/

Respectfully submitted,

**RESOLUTIONS, LLC**

by its attorneys,

*/s/ David S. Mortensen*

David S. Mortensen (BBO # 357080)
Amy M. McCallen (BBO # 643567)
Pepe & Hazard LLP
225 Franklin Street
Boston, Massachusetts 02110
Tel: (617) 748-5500
Fax: (617) 748-5555

DATED: May 14, 2004

2

AMM/27296/31/554638v1

05/13/04-BOS/

## CERTIFICATE OF SERVICE

I, Linda P. Phomsouvanh, hereby certify that I have this day served copies of the foregoing Motion to Quash Deposition Subpoena *Duces Tecum* upon the parties to the underlying action by sending copies thereof via facsimile transmission and by U.S. Mail, by their respective counsel as follows:

>Diana S. Casey, Esq.
>Latham & Watkins LLP
>600 West Broadway, Suite 1800
>San Diego, CA 92101
>Fax: (619) 696-7419
>Attorneys for plaintiff Pinnacle Insurance Company, Inc.

>and

>Adam H. Fleischer, Esq.
>Baker & Carey
>333 West Wacker Drive, Suite 900
>Chicago, Illinois 60606
>Fax: (312) 762-3200
>Attorneys for defendant American Re-insurance Company

DATED: May 14, 2004                    Linda P. Phomsouvanh

3

AMM/27296/31/554638v1

05/13/04-BOS/