# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

```
************************************
PINNACLE INSURANCE COMPANY, INC.,     *
                                      *
                                      *
           Plaintiff                  *        MISC. BUSINESS DOCKET
                                      *        No.
                                      *
v.                                    *
                                      *
AMERICAN RE-INSURANCE COMPANY,        *
                                      *
           Defendant                  *
************************************   *
```

## APPEARANCE OF DAVID S. MORTENSEN FOR RESOLUTIONS, LLC

I, David S. Mortensen, hereby appear as counsel for the moving party Resolutions, LLC in this action.

Respectfully submitted,

**RESOLUTIONS, LLC**

by its attorneys,

David S. Mortensen (BBO # 357080)
Amy M. McCallen (BBO # 643567)
Pepe & Hazard LLP
225 Franklin Street
Boston, Massachusetts 02110
Tel: (617) 748-5500
Fax: (617) 748-5555

DATED: May 14, 2004

## CERTIFICATE OF SERVICE

I, Linda P. Phomsouvanh, hereby certify that I have this day served copies of the foregoing Appearance of David S. Mortenesn for Resolutions, LLC upon the parties to the underlying action by sending copies thereof via facsimile transmission and by U.S. Mail, by their respective counsel as follows:

> Diana S. Casey, Esq.
> Latham & Watkins LLP
> 600 West Broadway, Suite 1800
> San Diego, CA 92101
> Fax: (619) 696-7419
> Attorneys for plaintiff Pinnacle Insurance Company, Inc.
>
> and
>
> Adam H. Fleischer, Esq.
> Baker & Carey
> 333 West Wacker Drive, Suite 900
> Chicago, Illinois 60606
> Fax: (312) 762-3200
> Attorneys for defendant American Re-insurance Company

DATED: May 14, 2004

_Linda Phomsouvanh_
Linda P. Phomsouvanh

LXP/27296/31/557188v1

05/13/04-BOS/