UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  A 11: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PINNACLE INSURANCE COMPANY, INC., | * |
| Plaintiff | * MISC. BUSINESS DOCKET |
| | * No. 1:04-MC-10144-WGY |
| v. | * |
| AMERICAN RE-INSURANCE COMPANY, | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiff Resolutions LLC voluntarily dismisses this action, no defendant having appeared or filed an answer or motion for summary judgment.

Respectfully submitted,

**RESOLUTIONS, LLC**

by its attorneys,

David S. Mortensen (BBO # 357080)
Amy M. McCallen (BBO # 643567)
Pepe & Hazard LLP
225 Franklin Street
Boston, Massachusetts 02110
Tel: (617) 748-5500
Fax: (617) 748-5555

DATED: May 25, 2004

## CERTIFICATE OF SERVICE

I, Amy M. McCallen, hereby certify that I have this day served copies of the foregoing document upon the parties to the underlying action by sending copies thereof via facsimile transmission and by U.S. Mail,
by their respective counsel as follows:

> Diana S. Casey, Esq.
> Latham & Watkins LLP
> 600 West Broadway, Suite 1800
> San Diego, CA  92101
> Fax:  (619) 696-7419
> Attorneys for plaintiff Pinnacle Insurance Company, Inc.

and

> Adam H. Fleischer, Esq.
> Baker & Carey
> 333 West Wacker Drive, Suite 900
> Chicago, Illinois  60606
> Fax:  (312) 762-3200
> Attorneys for defendant American Re-insurance Company

DATED: May 25, 2004                              Amy M. McCallen

2

AMM/27296/31/557514v1

05/25/04-BOS/